## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Reneé M. Bumb |
| | : | |
| v. | : | Crim. No. 23-845 |
| | : | |
| RALPH DIVINO | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Samantha C. Fasanello, Assistant United States Attorney), and defendant Ralph Divino (by Michael A. Thomas, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including February 1, 2024, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to enter into plea negotiations; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and the defendant, through his attorney, having consented to this continuance; and no prior continuances having been entered; and the United States having no opposition; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the defendant seek additional time to enter into plea negotiations, which would render any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance likely will conserve judicial resources; and;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 31st day of October, 2023;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including February 1, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including February 1, 2024, and shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order is intended to be a representation or a finding that less than 70 days have elapsed on the Speedy Trial Clock.

HONORABLE JAMES B. CLARK, III
United States Magistrate Judge

Form and entry consented to:

*[signature]*
_____
Samantha C. Fasanello
Assistant U.S. Attorney


/s/ *Christopher O'Malley* AFPD
_____
Michael A. Thomas, Esq.
Counsel for Defendant Ralph Divino

3